| | |
|---|---|
| 1  SCOTT N. SCHOOLS (SCBN 9990)<br>   United States Attorney<br>2<br>   MARK L. KROTOSKI (CSBN 138549)<br>3  Chief, Criminal Division<br>4  TIMOTHY J. LUCEY (CSBN 172332)<br>   Assistant United States Attorney<br>5<br>   450 Golden Gate Avenue, Box 36055<br>6  San Francisco, California 94102<br>   Telephone: (415) 436-7152<br>7  Facsimile: (415) 436-7234<br>8  Attorneys for the United States of America | **FILED**<br>JUN 1 2 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND<br><br>**RECEIVED**<br>JUN 1 2 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MIGUEL ANGEL GOMEZ,<br>   aka La Negra,<br>   aka Negra,<br><br>       Defendant. | No.   CR 04 - 40148 DLJ<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER |

WHEREAS, the defendant MIGUEL ANGEL GOMEZ, aka La Negra, aka Negra, is currently in custody in connection with the above-captioned matter;

WHEREAS, the parties had requested and the Court had set a change of plea in this matter for Friday, June 15, 2007, at 9:00 a.m. before this Court;

WHEREAS, an additional brief continuance of the change of plea date is respectfully requested in light of the need for the defense counsel to complete the review of the proposed plea agreement with the aid of a Spanish language interpreter;

THEREFORE, IT IS STIPULATED by and between the parties, and hereby agreed to, that the change of plea by the defendant Miguel Gomez be continued from June 15, 2007 to June

STIPULATION AND [PROPOSED] ORDER
[CR 04 - 40148 DLJ]

1  22, 2007, with time continuing to be excluded based on the need for effective preparation of
2  counsel, pursuant to 18 U.S.C. § 3161, such that ends of justice served by granting such a
3  continuance outweigh the best interests of the public and the defendant in a speedy trial.
4  **IT IS SO STIPULATED.**

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

_____              _____
ROGER PATTON                                  TIMOTHY J. LUCEY
for Defendant MIGUEL GOMEZ                    Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: June 12, 2007                          _____
                                                    HON. D. LOWELL JENSEN
                                                    United States District Court

STIPULATION AND [PROPOSED] ORDER
[CR 04 - 40148 DLJ]                           2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

      Plaintiff,

v.

Miguel Angel Gomez
aka La Negra
aka Negra,

      Defendant.

Case Number: CR04-40148-01- DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roger William Patton
Patton Wolan Boxer
1814 Franklin Street, Suite 501
Oakland, CA 94612

Timothy Joseph Lucey
U. S. Attorney's Office
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102

Dated: June 12, 2007

                            Richard W. Wieking, Clerk

                            By: Frances Stone, Deputy Clerk