1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7152
7  Facsimile: (415) 436-7234

8  Attorneys for the United States of America

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,        )    No.   CR 04 - 40148 DLJ
                                     )
14            Plaintiff,             )    STIPULATION AND
                                     )    [~~PROPOSED~~] ORDER
15       v.                          )
                                     )
16  MIGUEL ANGEL GOMEZ,              )
         aka La Negra,               )
17       aka Negra,                  )
                                     )
18            Defendant.             )

19

20       WHEREAS, the defendant MIGUEL ANGEL GOMEZ, aka La Negra, aka Negra, is

21  currently in custody in connection with the above-captioned matter;

22       WHEREAS, the parties had requested and the Court had set a change of plea in this

23  matter for Friday, June 22, 2007, at 9:00 a.m. before this Court;

24       WHEREAS, an additional brief continuance of the change of plea date is respectfully

25  requested in light of the need for the defense counsel to complete the review of the proposed plea

26  agreement with the aid of a Spanish language interpreter;

27       THEREFORE, IT IS STIPULATED by and between the parties, and hereby agreed to,

28  that the change of plea by the defendant Miguel Gomez be continued from June 22, 2007 to July

STIPULATION AND [PROPOSED] ORDER
[CR 04 - 40148 DLJ]

**FILED**
JUL 0 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JUL - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  20, 2007, with time continuing to be excluded based on the need for effective preparation of
2  counsel, pursuant to 18 U.S.C. § 3161, such that ends of justice served by granting such a
3  continuance outweigh the best interests of the public and the defendant in a speedy trial.
4  **IT IS SO STIPULATED.**

SCOTT N. SCHOOLS
United States Attorney

_____
ROGER PATTON
for Defendant MIGUEL GOMEZ

_____
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 7-3-07

_____
HON. D. LOWELL JENSEN
United States District Court

STIPULATION AND [PROPOSED] ORDER
[CR 04 - 40148 DLJ]                    2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

Miguel Angel Gomez
    aka La Negra
    aka Negra,

    Defendant.
_____/

Case Number: CR04-40148-01- DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roger William Patton
Patton Wolan Boxer
1814 Franklin Street, Suite 501
Oakland, CA 94612

Timothy Joseph Lucey
U. S. Attorney's Office
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102

Dated: July 5, 2007

                Richard W. Wieking, Clerk

                By: Frances Stone, Deputy Clerk