Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1814 Franklin Street, Suite 501
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
MIGUEL ANGEL GOMEZ a/k/a
La Negra and Negra,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL GOMEZ a/k/a<br>La Negra and Negra,<br><br>                Defendants. | Case No.:  CR 04-40148-01 DLJ<br><br>**STIPULATION REGARDING CONTINUANCE OF SENTENCE HEARING; ORDER**<br><br>**Prior Hearing Date: October 19, 2007**<br><br>**New Hearing Date: November 09, 2007** |

    Plaintiff, United States of America by and through its Counsel of Record the United States Attorney for the Northern District of California and Assistant United States Attorney Timothy Lucey, and defendant MIGUEL ANGEL GOMEZ, by and through its counsel of record Roger W. Patton hereby stipulate as follows:

    That the previously ordered sentence hearing is changed from 10:00 A.M. on October 19, 2007 to 10:00 A.M. on November 09, 2007.

Gomez order moving to Nov 9.doc

This stipulation is necessary because Mr. Gomez's defense counsel has a scheduling conflict with a case in the Central District Court in Los Angeles.

Dated:  10/12/07

/// s///   Timothy Lucey
_____
TIMOTHY LUCEY
Assistant United States Attorney
Attorney for Plaintiff, United States of America

Dated:  10/12/07

/// s ///   Roger W. Patton
_____
ROGER W. PATTON
Attorney for Defendant,
Miguel Angel Gomez

IT IS SO ORDERED.

Dated:  October 12, 2007

_____
D. LOWELL JENSEN
United States District Judge