SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163273)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7152
    Facsimile: (415) 436-7234

Attorneys for the United States of America

**FILED** NOV 08 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED** NOV - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> MIGUEL ANGEL GOMEZ, <br>     aka La Negra, <br>     aka Negra, <br>     Defendant. | No.  CR 04 - 40148 DLJ <br><br> **STIPULATION AND** <br> **[PROPOSED] ORDER** |

    WHEREAS, the defendant MIGUEL ANGEL GOMEZ, aka La Negra, aka Negra, is currently in custody in connection with the above-captioned matter, which is set for judgment and sentencing on Friday, November 9, 2007;

    WHEREAS, the parties have requested that the Court continue the matter until Friday, November 16, 2007, in order to accommodate the schedule of government counsel;

    WHEREAS, the parties have conferred with this Court's deputy as well as the assigned Probation Officer, who have both confirmed their amenability to continue the matter until Friday, November 16, 2007, at 10:00 a.m., before this Court for judgment and sentencing;

    THEREFORE, IT IS STIPULATED by and between the parties, and hereby agreed to,

STIPULATION AND [PROPOSED] ORDER
[CR 04 - 40148 DLJ]

1 | that the final judgment and sentencing of the defendant be continued until Friday, November 16,
2 | 2007, at 10:00 a.m.
3 | **IT IS SO STIPULATED.**

SCOTT N. SCHOOLS
United States Attorney

*/s/ Roger Patton*
ROGER PATTON
for Defendant MIGUEL GOMEZ

*/s/ Timothy J. Lucey*
TIMOTHY J. LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 11-8-07

*/s/ D. Lowell Jensen*
HON. D. LOWELL JENSEN
United States District Court

STIPULATION AND [PROPOSED] ORDER
[CR 04 - 40148 DLJ]   2